| | |
|---|---|
| LEWIS & LLEWELLYN LLP<br>Marc R. Lewis (Bar No. 233306)<br>mlewis@lewisllewellyn.com<br>Kenneth M. Walczak (Bar No. 247389)<br>kwalczak@lewisllewellyn.com<br>601 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 800-0590<br>Facsimile: (415) 390-2127<br><br>Attorneys for Plaintiff<br>ALBERT RICHARDS | HANNAH LEE (State Bar No. 253197)<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br>Email: hlee@kramerlevin.com<br><br>TODD A. ROBERTS (State Bar No. 129722)<br>MARTIN D. DIOLI (State Bar No. 172775)<br>ROPERS MAJESKI PC<br>535 Middlefield Road, Suite 245<br>Menlo Park, CA 94025<br>Telephone: 650.364.8200<br>Facsimile: 650.780.1701<br>Email: todd.roberts@ropers.com<br>martin.dioli@ropers.com<br><br>Attorneys for Defendants<br>CENTRIPETAL NETWORKS, INC.,<br>STEVEN ROGERS, AND JONATHAN ROGERS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISON

| | |
|---|---|
| ALBERT RICHARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRIPETAL NETWORKS, INC.;<br>STEVEN ROGERS; JONATHAN ROGERS;<br>and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 4:23-cv-00145-HSG<br><br>**\*\*REDACTED: FOR FILING ON THE PUBLIC DOCKET\*\***<br><br>**STIPULATION AND ORDER FOR LEAVE TO AMEND COMPLAINT**<br><br>Fed. R. Civ. P. 15(a)(2);<br>Local Civil Rule 7-12<br><br>Hon. Haywood S. Gilliam, Jr. |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 15 and Local Civil Rule 7-12, the undersigned parties STIPULATE AND AGREE AS FOLLOWS:

1. Defendants moved to dismiss Plaintiff's Complaint on January 23, 2023. (Docket No. 15.)

2. That motion is set for hearing on April 27, 2023.

3. In lieu of opposing the motion, Plaintiff seeks to file the First Amended Complaint ("FAC") submitted herewith as **Exhibit A**.

4. The time to amend the Complaint as of right has elapsed. Fed. R. Civ. P. 15.

5. Defendants do not oppose Plaintiff's request for leave of Court to file the FAC.

6. In light of the filing of a new operative Complaint, the parties have stipulated to the extension of discovery dates, and will file a separate stipulation to that effect, per the Court's March 13, 2023 Order (Docket No. 25).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated: March 15, 2023 | LEWIS & LLEWELLYN LLP |
| | By: *s/ Kenneth M. Walczak* |
| | Marc R. Lewis<br>Kenneth M. Walczak |
| | Attorneys for Plaintiff<br>ALBERT RICHARDS |
| Dated: March 15, 2023 | ROPERS MAJESKI PC |
| | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| | By: *s/ Hannah Lee* |
| | Hannah Lee |
| | Attorneys for Defendants<br>CENTRIPETAL NETWORKS, INC., STEVEN ROGERS, AND JONATHAN ROGERS |

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Plaintiff shall file Exhibit A on the electronic docket as the First Amended Complaint.

All dates previously set by the Court, except the Case Management Conference set for June 20, 2023, shall be rescheduled.

Dated: 3/16/2023

_____
Hon. Haywood S. Gilliam, Jr.
JUDGE, UNITED STATES DISTRICT COURT