| | |
|---|---|
| LEWIS & LLEWELLYN LLP<br>Marc R. Lewis (Bar No. 233306)<br>mlewis@lewisllewellyn.com<br>Kenneth M. Walczak (Bar No. 247389)<br>kwalczak@lewisllewellyn.com<br>601 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 800-0590<br>Facsimile: (415) 390-2127<br><br>Attorneys for Plaintiff<br>ALBERT RICHARDS | HANNAH LEE (State Bar No. 253197)<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br>Email: hlee@kramerlevin.com<br><br>TODD A. ROBERTS (State Bar No. 129722)<br>MARTIN D. DIOLI (State Bar No. 172775)<br>ROPERS MAJESKI PC<br>535 Middlefield Road, Suite 245<br>Menlo Park, CA 94025<br>Telephone: 650.364.8200<br>Facsimile: 650.780.1701<br>Email: todd.roberts@ropers.com<br>martin.dioli@ropers.com<br><br>Attorneys for Defendants<br>CENTRIPETAL NETWORKS, INC.,<br>STEVEN ROGERS, AND JONATHAN ROGERS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALBERT RICHARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRIPETAL NETWORKS, INC.;<br>STEVEN ROGERS; JONATHAN ROGERS;<br>and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 4:23-cv-00145-HSG<br><br>**STIPULATION AND ORDER TO SET DATES LEADING UP TO CMC**<br><br>Per Docket No. 25<br><br>Local Civil Rule 6-2<br><br>Hon. Haywood S. Gilliam, Jr. |

On March 13, 2023, the Court set the Initial Case Management Conference (CMC) in this matter for **June 20, 2023**, and ordered the parties to submit a stipulation proposing corresponding dates for the Rule 26(f) conference, ADR certification, and Case Management Statement deadlines. (Docket No. 25.)

Pursuant to that order, the parties propose the following dates:

**May 31, 2023:**   Last day to meet and confer per Fed. R. Civ. P. 26(f); last day to file ADR certification

**June 13, 2023:**   Last day to file Rule 26(f) Report, complete initial disclosures, and file Case Management Statement

[**June 20, 2023:**   Initial Case Management Conference (CMC)]

A proposed order to that effect is submitted herewith.

Respectfully submitted,

Dated: March 20, 2023              LEWIS & LLEWELLYN LLP

By:   *s/ Kenneth M. Walczak*

Marc R. Lewis
Kenneth M. Walczak

Attorneys for Plaintiff
ALBERT RICHARDS

Dated: March 20, 2023              ROPERS MAJESKI PC

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:   *s/ Hannah Lee*

Hannah Lee

Attorneys for Defendants
CENTRIPETAL NETWORKS, INC., STEVEN ROGERS, AND JONATHAN ROGERS

# ORDER

Having reviewed the parties' stipulation, and the documents and pleadings on file in this matter, and good cause appearing therefor, the Court hereby sets the following dates:

| \ | CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | |
|---|---|---|
| Date | Event | Governing Rule |
| May 31, 2023 | Last day to:<br><br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | Fed. R. Civ. P. 26(f); ADR L.R. 3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R. 16-8(b); ADR L.R. 3-5(b) |
| June 13, 2023 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at www.cand.uscourts.gov) | Fed. R. Civ. P. 26(a)(1); Civil L.R. 16-9 |
| June 20, 2023 | INITIAL Case Management Conference at **2:00 pm** by AT&T Conference Line:<br><br>Dial In: 888-808-6929<br>Access Code: 6064255<br><br>NOTE REGARDING TELEPHONIC CASE MANAGEMENT CONFERENCES: All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD. | Civil L.R. 16-10 |

**IT IS SO ORDERED.**

Dated: 3/21/2023

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
JUDGE, UNITED STATES DISTRICT COURT