HANNAH LEE (State Bar No. 253197)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
Email: hlee@kramerlevin.com

JONATHAN M. WAGNER (*admitted pro hac vice*)
LEAH S. FRIEDMAN (*admitted pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: jwagner@kramerlevin.com
       lfriedman@kramerlevin.com

TODD A. ROBERTS (State Bar No. 129722)
MARTIN D. DIOLI (State Bar No. 172775)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: todd.roberts@ropers.com
       martin.dioli@ropers.com

*Attorneys for Defendants*
CENTRIPETAL NETWORKS, LLC,
STEVEN ROGERS, AND JONATHAN ROGERS

MARC R. LEWIS (State Bar No. 233306)
KENNETH M. WALCZAK (State Bar No. 247389)
LEWIS & LLEWELLYN LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 800-0590
Fax: (415) 390-2127
Email: kwalczak@lewisllewellyn.com
       mlewis@lewisllewellyn.com

*Attorneys for Plaintiff*
ALBERT RICHARDS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| ALBERT RICHARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRIPETAL NETWORKS, LLC f/k/a CENTRIPETAL NETWORKS, INC.; STEVEN ROGERS; JONATHAN ROGERS; and JOHN DOES 1-10,<br><br>    Defendants. | Case No.: 4:23-cv-00145-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS**<br><br>Civil L.R. 6-1(b), 6-2, 7-12 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Albert Richards ("Plaintiff") and Defendants Centripetal Networks, Inc., Steven Rogers and Jonathan Rogers (collectively, "Defendants") stipulate as follows:

Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint on April 5, 2023 (Docket No. 35). Defendants noticed the motion for hearing on July 6, 2023. *Id*.

Under the Federal Rules of Civil Procedure, Plaintiff's Opposition to that Motion would ordinarily be due on April 19, 2023, and Defendants' Reply would be due on April 26, 2023. Fed. R. Civ. P. 6; Civ. L.R. 7-3(a), 7-3(c). (The Federal Rules customarily give the Court one week to review a fully-briefed motion prior to hearing.)

Under those deadlines, there are 71 days (more than 10 weeks) between the hearing and the date on which the motion will be fully briefed. The parties have met and conferred, and agreed that the Opposition and Reply deadlines can be extended, while also providing the Court much more than the customary seven days before hearing to consider the fully-briefed motion.

The parties have therefore agreed that:

- Plaintiff may file his Opposition to Motion to Dismiss no later than **May 19, 2023**;
- Defendants may file their Reply in Support of Motion to Dismiss no later than **June 15, 2023**.

As a courtesy to Defendants, Plaintiff agrees to exercise best efforts to file no later than 2:00 pm Pacific time on May 19.

The parties do not request any modification to the July 6, 2023 hearing date, and the proposed extensions will not alter the date of any event or deadline already fixed by Court order.

There have been three previous time modifications in this case: (1) extending the time to respond to the Complaint and Defendants' Administrative Motion to Seal (Docket No. 12, filed 1/31/23); (2) extending the dates for briefing on Defendants' original motion to dismiss in a similar fashion to the relief the parties request here (Docket No. 23, filed 2/2/23); and (3) continuing the initial CMC and related discovery deadlines, in light of Defendants' original motion to dismiss (Docket No. 25, filed 3/13/23).

**IT IS SO STIPULATED.**

Dated: April 18, 2023                                LEWIS & LLEWELLYN LLP

                                                   By: *s/ Kenneth M. Walczak*

                                                   Marc R. Lewis
                                                   Kenneth M. Walczak

                                                   Attorneys for Plaintiff
                                                   ALBERT RICHARDS


Dated: April 18, 2023                                KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                                   By: *s/ Jonathan Wagner*

                                                   Jonathan Wagner

                                                   ROPERS MAJESKI PC

                                                   Todd A. Roberts
                                                   Martin D. Dioli

                                                   Attorneys for Defendants
                                                   CENTRIPETAL NETWORKS, LLC, JONATHAN
                                                   ROGERS, AND STEVEN ROGERS

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefor, the Court orders as follows:

- Plaintiff may file an Opposition brief to Defendants' Motion to Dismiss the First Amended Complaint no later than **May 19, 2023**;
- Defendants may file their Reply in Support of Motion to Dismiss, if any, no later than **June 15, 2023**.

The hearing on Defendants' Motion to Dismiss remains set for July 6, 2023, at 2:00 pm.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   4/19/2023

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
JUDGE, UNITED STATES DISTRICT COURT