MARC R. LEWIS (State Bar No. 233306)
KENNETH M. WALCZAK (State Bar No. 247389)
LEWIS & LLEWELLYN LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 800-0590
Fax: (415) 390-2127
Email:  kwalczak@lewisllewellyn.com
mlewis@lewisllewellyn.com

*Attorneys for Plaintiff*
ALBERT RICHARDS

HANNAH LEE (State Bar No. 253197)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
Email: hlee@kramerlevin.com

JONATHAN M. WAGNER (*admitted pro hac vice*)
LEAH S. FRIEDMAN (*admitted pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: jwagner@kramerlevin.com
         lfriedman@kramerlevin.com

TODD A. ROBERTS (State Bar No. 129722)
MARTIN D. DIOLI (State Bar No. 172775)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: todd.roberts@ropers.com
         martin.dioli@ropers.com

*Attorneys for Defendants*
CENTRIPETAL NETWORKS, LLC,
STEVEN ROGERS, AND JONATHAN ROGERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ALBERT RICHARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRIPETAL NETWORKS, LLC f/k/a CENTRIPETAL NETWORKS, INC.; STEVEN ROGERS; JONATHAN ROGERS; and JOHN DOES 1-10,<br><br>　　　　Defendants. | Case No.: 4:23-cv-00145-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE TO FIRST AMENDED COMPLAINT AND TO FILE SECOND AMENDED COMPLAINT**<br><br>Civil L.R. 6-1(b), 6-2, 7-12 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Albert Richards ("Plaintiff") and Defendants Centripetal Networks, Inc., Steven Rogers and Jonathan Rogers (collectively, "Defendants") stipulate as follows:

On January 2, 2024 (Dkt. No. 50), the Court issued its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 35). Pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendants' Response to Plaintiff's First Amended Complaint would be due January 16, 2024. Pursuant to the Order, Plaintiff shall file any Second Amended Complaint no later than January 23, 2024. A case management conference is set for February 6, 2024, with a joint case management statement due by January 30, 2024.

The parties have met and conferred and agreed that:

- Plaintiff may file his Second Amended Complaint no later than **January 26, 2024**; and
- In the event that Plaintiff does not file a Second Amended Complaint, Defendants may respond to Plaintiff's First Amended Complaint by **January 31, 2024**.

The parties do not request any modification to the January 30, 2024 joint case management statement deadline or February 6, 2024 case management conference.

There have been four previous time modifications in this case: (1) extending the time to respond to the original Complaint and Defendants' Administrative Motion to Seal (Docket No. 12, filed 1/31/23); (2) extending the dates for briefing on Defendants' motion to dismiss the original Complaint (Dkt. No. 23, filed 2/2/23); (3) continuing the initial CMC and related discovery deadlines, in light of Defendants' original motion to dismiss (Dkt. No. 25, filed 3/13/23); and (4) extending the dates for briefing on Defendants' motion to dismiss the First Amended Complaint (Dkt. No. 37, filed 4/19/23).

1     **IT IS SO STIPULATED.**

2 Dated: January 16, 2024

LEWIS & LLEWELLYN LLP

By: *s/ Kenneth M. Walczak*

Marc R. Lewis
Kenneth M. Walczak

Attorneys for Plaintiff
ALBERT RICHARDS

Dated: January 16, 2024

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: *s/ Jonathan Wagner*

Jonathan Wagner

ROPERS MAJESKI PC

Todd A. Roberts
Martin D. Dioli

Attorneys for Defendants
CENTRIPETAL NETWORKS, LLC, JONATHAN ROGERS, AND STEVEN ROGERS

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefor, the Court orders as follows:

- Plaintiff may file a Second Amended Complaint no later than **January 26, 2024**; and
- In the event that Plaintiff does not file a Second Amended Complaint, Defendants may respond to Plaintiff's First Amended Complaint by **January 31, 2024**.

The February 6, 2024 case management conference with a joint case management statement due by January 30, 2024 remain set.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   1/17/2024

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE