UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT RICHARDS, | Case No. 23-cv-00145-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| CENTRIPETAL NETWORKS, INC., et al., | |
| Defendants. | |

A case management conference was held on February 6, 2024. Having considered the parties' proposals, *see* Dkt. No. 58, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | April 15, 2024 |
| Close of Fact Discovery | July 22, 2024 |
| Exchange of Opening Expert Reports | July 29, 2024 |
| Exchange of Rebuttal Expert Reports | September 16, 2024 |
| Close of Expert Discovery | October 15, 2024 |
| Dispositive Motion Hearing Deadline | December 5, 2024 at 2:00 p.m. |
| Pretrial Conference | February 18, 2025 at 3:00 p.m. |
| Bench Trial (4 days) | March 3, 2025, at 8:30 a.m. |

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's standing orders. This order
3   terminates Docket No. 58.

4   **IT IS SO ORDERED.**

5   Dated:   2/16/2024

*[signature: Haywood S. Gilliam, Jr.]*
HAYWOOD S. GILLIAM, JR.
United States District Judge

2