HANNAH LEE (State Bar No. 253197)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
Email: hlee@kramerlevin.com

JONATHAN M. WAGNER (*admitted pro hac vice*)
LEAH S. FRIEDMAN (*admitted pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: jwagner@kramerlevin.com
          lfriedman@kramerlevin.com

TODD A. ROBERTS (State Bar No. 129722)
MARTIN D. DIOLI (State Bar No. 172775)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: todd.roberts@ropers.com
          martin.dioli@ropers.com

*Attorneys for Defendants*
CENTRIPETAL, STEVEN ROGERS, JONATHAN ROGERS AND PAUL BARKWORTH

MARC R. LEWIS (State Bar No. 233306)
KENNETH M. WALCZAK (State Bar No. 247389)
LEWIS & LLEWELLYN LLP
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 800-0590
Fax: (415) 390-2127
Email:  kwalczak@lewisllewellyn.com
             mlewis@lewisllewellyn.com

*Attorneys for Plaintiff*
ALBERT RICHARDS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ALBERT RICHARDS,<br><br>          Plaintiff,<br><br>     v.<br><br>CENTRIPETAL NETWORKS, LLC f/k/a CENTRIPETAL NETWORKS, INC.; STEVEN ROGERS; JONATHAN ROGERS; and JOHN DOES 1-10,<br><br>          Defendants. | Case No.: 4:23-cv-00145-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS**<br><br>Civil L.R. 6-1(b), 6-2, 7-12 |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Albert Richards ("Plaintiff") and Defendants Centripetal Networks, Inc., Steven Rogers and Jonathan Rogers (collectively, "Defendants") stipulate as follows:

On February 27, 2024, Defendants filed three motions: a Motion to Dismiss Plaintiff's Second Amended Complaint (Docket No. 63), a Motion to Dismiss Paul Barkworth as a defendant (Docket No. 64), and a Motion to Stay Discovery (Docket No. 65). Defendants noticed all three motions for hearing on April 11, 2024.

Under the Federal Rules of Civil Procedure, Plaintiff's Oppositions to all three motions would ordinarily be due on March 12, 2024, and Defendants' three Reply briefs would be due on March 19, 2024. Fed. R. Civ. P. 6; Civ. L.R. 7-3(a), 7-3(c).

Under those deadlines, there are 23 days between the hearing and the date on which the motion will be fully briefed. The parties have met and conferred, and agreed that the Opposition and Reply deadlines can be extended, while also providing the Court the customary seven days before hearing to consider the fully-briefed motion.

The parties therefore agree that:

- Plaintiff may file his three Opposition briefs no later than **March 22, 2024**, at 10:00 a.m. Pacific Time;
- Defendants may file their three Reply briefs no later than **April 4, 2024**.

The parties do not request any modification to the April 11, 2024 hearing date, and the proposed extensions will not alter the date of any event or deadline already fixed by Court order.

The Court has previously extended the time for: responding to the Complaint and Defendants' Administrative Motion to Seal (Docket No. 12, filed 1/31/23); briefing on Defendants' original motion to dismiss in a similar fashion to the relief the parties request here (Docket No. 23, filed 2/2/23); conducting the initial CMC and related discovery deadlines, in light of Defendants' original motion to dismiss (Docket No. 25, filed 3/13/23); filing oppositions and replies related to the motion to dismiss the First Amended Complaint in a similar fashion to the relief the parties request here (Docket No. 37,

filed 4/19/23); filing the Second Amended Complaint (Docket No. 52, filed 1/17/24); and responding to the Second Amended Complaint (Docket No. 59, filed 2/13/14).

All previous extensions were sought by stipulation of the parties.

**IT IS SO STIPULATED.**

Dated:  March 6, 2024                                        LEWIS & LLEWELLYN LLP

By: *s/ Kenneth M. Walczak*

Marc R. Lewis
Kenneth M. Walczak

Attorneys for Plaintiff
ALBERT RICHARDS

Dated:  March 6 ,2024                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: *s/ Leah S. Friedman*

Jonathan M. Wagner
Leah S. Friedman

ROPERS MAJESKI PC

Todd A. Roberts
Martin D. Dioli

Attorneys for Defendants
CENTRIPETAL NETWORKS, LLC, JONATHAN ROGERS, STEVEN ROGERS, AND PAUL BARKWORTH

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefor, the Court orders as follows:

- Plaintiff may file their Opposition briefs to Defendants' Motion to Dismiss the Second Amended Complaint, Motion to Dismiss Paul Barkworth as a defendant, and Motion to Stay Discovery no later than **March 22, 2024** at 10:00 am Pacific time;
- Defendants may file their Reply briefs in support of those same three motions, if any, no later than **April 4, 2024**.

The hearing on Defendants' three motions remains set for April 11, 2024, at 2:00 pm.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/7/2024

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
JUDGE, UNITED STATES DISTRICT COURT