| | |
|---|---|
| 1 | LISA KOBIALKA (State Bar No. 191404) |
| 2 | HANNAH LEE (State Bar No. 253197) |
|   | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| 3 | 333 Twin Dolphin Drive, Suite 700 |
|   | Redwood Shores, CA 94065 |
| 4 | Telephone: (650) 752-1700 |
|   | Facsimile: (650) 752-1800 |
| 5 | lkobialka@kramerlevin.com |
|   | hlee@kramerlevin.com |
| 6 | |
| 7 | JONATHAN M. WAGNER (admitted pro hac vice) |
|   | LEAH S. FRIEDMAN (admitted pro hac vice) |
| 8 | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|   | 1177 Avenue of the Americas |
| 9 | New York, NY 10036 |
|   | Telephone: (212) 715-9100 |
| 10 | jwagner@kramerlevin.com |
|    | lfriedman@kramerlevin.com |
| 11 | |
| 12 | TODD A. ROBERTS (State Bar No. 129722) |
|    | MARTIN D. DIOLI (State Bar No. 172775) |
| 13 | ROPERS MAJESKI PC |
|    | 535 Middlefield Road, Suite 245 |
| 14 | Menlo Park, CA 94025 |
|    | Telephone: (650) 364-8200 |
| 15 | Facsimile: (650) 780-1701 |
|    | Email: todd.roberts@ropers.com |
| 16 | martin.dioli@ropers.com |
| 17 | *Attorneys for Defendants* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ALBERT RICHARDS, | Case No. 4:23-cv-00145-HSG |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW HANNAH LEE AS COUNSEL** |
| v. | |
| CENTRIPETAL NETWORKS, LLC f/k/a CENTRIPETAL NETWORKS, INC.; STEVEN ROGERS; PAUL BARKWORTH; JONATHAN ROGERS; and JOHN DOES 1-10, | |
| Defendants. | |

**ORDER**

Defendants Centripetal Networks, LLC, Steven Rogers, Paul Barkworth, and Jonathan Rogers ("Defendants") moved to withdraw Hannah Lee of Kramer Levin Naftalis & Frankel LLP as counsel for Defendants. All other counsel of record on behalf of Defendants remain in this case.

Defendants' request to withdraw Ms. Lee as counsel from this case is GRANTED. The Clerk is directed to remove Ms. Lee from the ECF notification for this action.

Dated: 5/14/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge