1  LISA KOBIALKA (State Bar No. 191404)
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
2  333 Twin Dolphin Drive, Suite 700
   Redwood Shores, CA 94065
3  Telephone: (650) 752-1700
4  Facsimile: (650) 752-1800
   lkobialka@kramerlevin.com
5
   JONATHAN M. WAGNER (*admitted pro hac vice*)
6  LEAH S. FRIEDMAN (*admitted pro hac vice*)
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
7  1177 Avenue of the Americas
   New York, NY 10036
8  Telephone: (212) 715-9100
   jwagner@kramerlevin.com
9  lfriedman@kramerlevin.com

10 TODD A. ROBERTS (State Bar No. 129722)
   MARTIN D. DIOLI (State Bar No. 172775)
11 ROPERS MAJESKI PC
   535 Middlefield Road, Suite 245
12 Menlo Park, CA 94025
13 Telephone: (650) 364-8200
   Facsimile: (650) 780-1701
14 Email: todd.roberts@ropers.com
   martin.dioli@ropers.com
15
   *Attorneys for Defendants*
16

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ALBERT RICHARDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTRIPETAL NETWORKS, LLC f/k/a CENTRIPETAL NETWORKS, INC.; STEVEN ROGERS; PAUL BARKWORTH; JONATHAN ROGERS; and JOHN DOES 1-10,<br><br>　　　　　Defendants. | Case No. 4:23-cv-00145-HSG<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW LEAH FRIEDMAN AS COUNSEL** |

# ORDER

Defendants Centripetal Networks, LLC, Steven Rogers, and Jonathan Rogers ("Defendants") moved to withdraw Leah Friedman, Esquire of Kramer Levin Naftalis & Frankel LLP as counsel for Defendants. All other counsel of record on behalf of Defendants remain in this case.

Defendants' request to withdraw Ms. Friedman as counsel from this case is GRANTED. The Clerk is directed to remove Ms. Friedman from the ECF notification for this action.

Dated:  7/11/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge