LEWIS & LLEWELLYN LLP
MARC R. LEWIS (State Bar No. 233306)
KENNETH M. WALCZAK (State Bar No. 247389)
PETER C. SQUERI (SBN 286249)
DANIEL JORDAN (State Bar No. 313543)
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 800-0590
Fax: (415) 390-2127
Email: mlewis@lewisllewellyn.com
   kwalczak@lewisllewellyn.com
   psqueri@lewisllewellyn.com
   djordan@lewisllewellyn.com

*Attorneys for Plaintiff*
ALBERT RICHARDS

LISA KOBIALKA (State Bar No. 191404)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
Email: lkobialka@kramerlevin.com

JONATHAN M. WAGNER (admitted *pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: jwagner@kramerlevin.com

TODD A. ROBERTS (State Bar No. 129722)
MARTIN D. DIOLI (State Bar No. 172775)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: todd.roberts@ropers.com
   martin.dioli@ropers.com

*Attorneys for Defendants*
CENTRIPETAL NETWORKS, LLC, STEVEN ROGERS AND JONATHAN ROGERS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| ALBERT RICHARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRIPETAL NETWORKS, LLC f/k/a CENTRIPETAL NETWORKS, INC.; STEVEN ROGERS; JONATHAN ROGERS; and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 4:23-cv-00145-HSG<br><br>**STIPULATION TO EXTEND DEADLINE TO TAKE DEPOSITION ORDER**<br><br>Local Civ. R. 6-1, 7-12<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-1 and 7-12, the Parties hereby stipulate to and respectfully request that the Court extend the deadline for the completion of depositions.

## STIPULATION

WHEREAS, on August 15, 2024, the Court issued an order "permit[ting] Plaintiff to conduct the depositions of the witnesses Defendants have agreed to produce voluntarily" and ordered that "these depositions must be completed by September 6, 2024." Dkt. 105 at 5.

WHEREAS, the Parties have met and conferred in good faith to promptly set the depositions of the witnesses Defendants have agreed to produce voluntarily, including Defendants Jonathan Rogers and Steven Rogers.

WHEREAS, the deposition of Jonathan Rogers, in his individual capacity and as a corporate representative, is scheduled for September 5, 2024.

WHEREAS, Steven Rogers, who is currently in France, is not available for a deposition by September 6, 2024.

WHEREAS, following discussions, the Parties have agreed that, with the Court's permission, they would proceed with the deposition of Steven Rogers before September 20, 2024.

WHEREAS, the Parties respectfully submit that the requested relief would not unduly impact the Court's case schedule.

THEREFORE, the Parties, through their counsel, hereby stipulate and respectfully request that the Court extend the deadline for the Parties to take depositions through September 20.

**IT IS SO STIPULATED.**

Dated: September 3, 2024

LEWIS & LLEWELLYN LLP

By: */s/ Peter C. Squeri*

Marc R. Lewis
Kenneth M. Walczak
Peter C. Squeri
Daniel Jordan

Attorneys for Plaintiff
ALBERT RICHARDS

Dated:  September 3, 2024

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: */s/ Jonathan M. Wagner*

Jonathan M. Wagner

Attorney for Defendants
CENTRIPETAL NETWORKS, LLC,
JONATHAN ROGERS, and STEVEN ROGERS

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this joint case management statement has been obtained from each signatory herein.

Dated:  September 3, 2024

LEWIS & LLEWELLYN LLP

By: */s/ Peter C. Squeri*

Peter C. Squeri

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Parties may take depositions through September 20, 2024.

Date:  9/4/2024

Hon. Haywood S. Gilliam, Jr.
United States District Judge