LISA KOBIALKA (SBN 191404)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
lkobialka@kramerlevin.com

JONATHAN MARK WAGNER (*pro hac vice*)
KERRI ANN LAW (*pro hac vice*)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
jwagner@kramerlevin.com
klaw@kramerlevin.com

TIMOTHY P. CRUDO (SBN 143835)
MARK L. HEJINIAN (SBN 281417)
BENJAMIN C. PULLIAM (SBN 294628)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Tel.: (415) 391-4800
Fax: (415) 989-1663
ef-tpc@cpdb.com
ef-mlh@cpdb.com
ef-bcp@cpdb.com

*Attorneys for Plaintiff Albert Richards*

TODD A. ROBERTS (SBN. 129722)
MARTIN D. DIOLI (SBN. 172775)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
todd.roberts@ropers.com
martin.dioli@ropers.com

*Attorneys for Defendants Centripetal Networks, Inc. et al.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| ALBERT RICHARDS,<br><br>Plaintiff,<br><br>v.<br><br>CENTRIPETAL NETWORKS, INC. et al.<br><br>Defendants. | Case No. 4:23-cv-00145-HSG<br><br>**JOINT STIPULATION AND ORDER ON DEFENDANTS' REQUEST TO EXTEND THE DEADLINE FOR THEIR RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL SHOULD BE SEALED**<br><br>L. Civ. R 6-2, 7-12 |

Defendants, by and through their counsel, hereby submit the following stipulated request to extend the deadline for their response to plaintiff Albert Richards' Administrative Motion to Consider Whether Material Should be Sealed ("Sealing Motion"), ECF No. 127.

WHEREAS, on November 14, 2024, Mr. Richards filed an Administrative Motion to Consider Whether Material Should be Sealed, ECF No. 127;

WHEREAS, due to personal and business conflicts of counsel, Defendants seek to continue the deadline to file any response to Mr. Richards' Motion until November 27, 2024;

WHEREAS, Mr. Richards does not oppose Defendants' request;

WHEREAS, the requested continuance should not have any material effect on the schedule in this case;

NOW THEREFORE, the Parties hereby stipulate to Defendants' request that their deadline to file any response to Mr. Richards' Sealing Motion be extended from November 18, 2024 to November 27, 2024.

**IT IS SO STIPULATED.**

Dated: November 18, 2024

Respectfully submitted,

By: /s/ Jonathan Mark Wagner
Jonathan Mark Wagner (admitted *pro hac vice*)
Kerri Ann Law (admitted *pro hac vice*)
KRAMER LEVIN NAFTALIS & FRANKEL
1177 Avenue of the Americas
New York, NY 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
jwagner@kramerlevin.com
klaw@kramerlevin.com

Lisa Kobialka (SBN 191404)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel.: (650) 752-1700
Fax: (650) 752-1800
lkobialka@kramerlevin.com

Todd A. Roberts (SBN 129722)
Martin D. Dioli (SBN 172775)
ROPERS MAJESKI PC

535 Middlefield Road, Suite 245
Menlo Park, CA 94025
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: todd.roberts@ropers.com
martin.dioli@ropers.com

*Attorneys for Defendants*
*Centripetal Networks Inc., et al.*

Respectfully submitted,

Dated: November 18, 2024

By: */s/ Timothy P. Crudo*
Timothy P. Crudo (SBN 143835)
Mark L. Hejinian (SBN 281417)
Benjamin C. Pulliam (SBN 294628)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Tel.: (415) 391-4800
Fax: (415) 989-1663
ef-tpc@cpdb.com
ef-mlh@cpdb.com
ef-bcp@cpdb.com
*Attorneys for Plaintiff Albert Richards*

2

JOINT STIPULATION AND ORDER TO EXTEND DEADLINES         CASE NO.: 4:23-cv-00145-HSG

**ATTESTATION**

I, Jonathan Wagner, am the ECF user whose identification and password are being used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

*/s/ Jonathan Mark Wagner*
Jonathan Mark Wagner

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for Defendants to file a response to Plaintiff Albert Richards' Administrative Motion to Consider whether Material Should be Sealed, ECF No. 127, is extended from November 18, 2024 to November 27, 2024.

Dated: 11/19/2024

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE